ALEX GOLUBITSKY, OSB #071210
Attorneys for Plaintiff
9800 SW Beaverton-Hillsdale Hwy., Suite 200
Beaverton, OR 97005
503-641-7222
Fax: 503-643-6522
Email: alex@case-dusterhoff.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DAVID EKERSON,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEM, a foreign corporation, CITIMORTGAGE, INC., a foreign corporation, and CAL-WESTERN RECONVEYANCE, a foreign corporation<br><br>Defendants. | Case No. 3:11-CV-178-HU<br><br>Judge: Anna Brown<br><br>EXTENSION OF TEMPORARY RESTRAINING ORDER AND ORDER SETTING PRELIMINARY HEARING |

This matter coming to be heard on plaintiffs' motion for an extension of the existing temporary restraining order, and efforts to continue the March 2, 2011 non-judicial foreclosure sale have been unsuccessful, and in consideration of the plaintiffs affidavit, exhibit and memorandum, THE COURT FINDS AND RULES AS FOLLOWS:

Facts

1. Good cause existed for this court to enter a Temporary Restraining Order preventing the sale of this property on February 11, 2011.

2. No pertinent facts relating to this case have changed in the interim.

1 - EXTENSION OF TEMPORARY RESTRAINING ORDER AND ORDER SETTING PRELIMINARY HEARING

Case & Dusterhoff, LLP
9800 SW Beaverton-Hillsdale Hwy.
Suite 200
Beaverton, OR 97005
Tel: (503) 641-7222/Fax:(503) 643-6522

3. Good cause therefore exists to extend this temporary restraining order pursuant to ORCP 65(b)(2), and continue the same $500.00 bond which Plaintiff has posted as security for this order.

Order

1. The Temporary Restraining Order entered by this court on February 11, 2011 is continued *further notice and Order of the Court, AJB* until the ~~day of~~ ~~, 2011.~~ Plaintiff's $500.00 bond posted with the court continues to be sufficient security for this Temporary Restraining Order.

2. A hearing for a preliminary injunction is set for ____ a.m./p.m. on the ____ day of ____, 2011.

*[signature]*
JUDGE ANNA BROWN

2 - EXTENSION OF TEMPORARY RESTRAINING ORDER AND ORDER SETTING PRELIMINARY HEARING

Case & Dusterhoff, LLP
9800 SW Beaverton-Hillsdale Hwy.
Suite 200
Beaverton, OR 97005
Tel: (503) 641-7222/Fax:(503) 643-6522